JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALEKSANDR YAZICHYAN,

               Petitioner,

v.

TODD M. LYONS, *et al.*,

               Respondents.

Case No. 5:26-cv-01565-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED.

Dated: May 6, 2026



_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE